

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



OCT 28 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sakura Sophia Gasser
Plaintiff/Victim

Case Number: 1:15-cv-09574

v.

Judge: Elaine E Bucklo

The United States of America and all 3rd Parties,
Et al (State of AZ, NV, CA, MI?), media, technology,
Death care related industries
Defendants

## MOTION

Motion for Court/s to order Coalition Against Insurance Fraud and Lexis Nexis to disclose whether there are past and/or present Life Insurance Policies on Victim's life and also check for same for Peter Mario Parker, WI, DOB- 04/1993 (He is purportedly hospitalized and being denied adequate/ appropriate medical attention which has been a pattern over the last 3 years- Passive Involuntary Euthanasia, Murder without due process of law.)

- Victim has repeatedly requested from virtually every government agency she has contacted (local, state, federal) and request has been denied for nearly 3 years.
- Victim made another report with Counterterrorism in Nevada due to probable drugging/poisoning by Starbucks employee September 2015 (this is not the first time this has happened- May 2013 Victim had to go to ER from poisoning at Wholefoods Juice Bar 2 days in a row in Tucson, AZ and ER did not test for poisoning but for ovaries and upper and lower GI- Fraud, Med Mal, Negligence, Domestic Terrorism/Gangstalking, Co-conspirators in all crimes/"civil" violations committed against Victim.
- Victim is unable to access healthcare anymore due to repeated state sponsored terrorism "gangstalking" and repeated fraud/malpractice/negligence/bad faith- Passive Involuntary Euthanasia/Murder without Due Process of Law by medical and insurance crimes against humanity gangs/organized crime networks/domestic terrorists.
- Victim was privately insured by BCBS since before she was born (in utero). FALSE CLAIMS ACT- Conspiracy to Defraud the US Govt (this is only a SINGLE violation, there are others)

Signature: _____ Date: 10-28-15

Name (Print): Sakura Sophia Gasser

1

Address: 13247 N Desert Eagle Ct                    Phone: 586-943-6248 (hacked)
    Marana, AZ, 85658 (parents, note ID theft issues)